UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,  )
                                                         )
           Plaintiff,                )     CASE NO.   CR07-120 MJP
                                                         )
     v.                            )
                                                         )     DETENTION ORDER
BRENT MURRAY,                     )
                                                         )
          Defendant.                )
_____)

Offenses charged:

Count 1: Burglary of a Pharmacy, in violation of Title 18, U.S.C., Sections 2118(b) and 2;

Count 2: Conspiracy to Acquire a Controlled Substance by Deception, in violation of Title 21, U.S.C., Sections 843(a)(3), and 846;

Counts 3-10: Acquiring a Controlled Substance by Deception, in violation of Title 21, U.S.C., Sections 843(a)(3), 843(d), and Title 18, U.S.C., Section 2;

Counts 11-12: Attempt to Acquire a Controlled Substance by Deception, in violation of Title 21, U.S.C., Sections 843(a)(3), 843(d), 846, and Title 18, U.S.C., Section 2.

Date of Detention Hearing: April 4, 2007.

DETENTION ORDER
PAGE -1-

The Court, having conducted a contested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.  The Government was represented by Ron Friedman.  The defendant was represented by Bruce Erickson.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1) Defendant has problems with substance abuse and is addicted to oxycotin.

(2) Defendant is non-compliant with conditions set by the Drug Court in Snohomish County.  As a result, that court issued a $100,000.00 bench warrant.

(3) In Count One, he allegedly exploited his employment in his parents's security business by using their security access to burglarize one of their clients.  He is currently unemployed.

(4) His wife is a named co-defendant who while residing with the defendant appears to have continued obtaining false prescriptions, even after her arrest in February, 2006.

(5) Current investigations implicates the defendant in an ongoing oxycotin distribution operation while residing h in his parent's home.

**It is therefore ORDERED**:

(l) The defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) The defendant shall be afforded reasonable opportunity for private

consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 5th day of April, 2007.

_____
MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -3-